Leonard C. Herr, # 081896
Ron Statler, #234177
HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for Defendant/Counter-Claimant,
CITY OF VISALIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF VISALIA,<br><br>　　　　Defendant. | Case No.: 1:17-CV-01205-LJO-EPG<br><br>**STIPULATION AND ORDER ENTERING JUDGMENT UNDER FED. R. CIV. P. 54(b) AND DIRECTING CLERK OF COURT TO TERMINATE RLI AS A PARTY** |
| CITY OF VISALIA,<br><br>　　　　Counter-Claimant,<br><br>　　v.<br><br>RLI INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY; and THE RIVERSTONE GROUP,<br><br>　　　　Counter-Defendants. | |

This Stipulation and proposed Order is made by and between the RLI INSURANCE COMPANY, CITY OF VISALIA, ZURICH AMERICAN INSURANCE COMPANY and THE RIVERSTONE GROUP (collectively referred to herein as "the Parties.")

///

# I.

# RECITALS

WHEREAS, on March 19, 2018 the Court entered its Memorandum and Decision and Order Granting the Motion for Judgment (Doc. 43) on the Pleadings filed by Plaintiff and Counter-Defendant RLI; and

WHEREAS, the March 19 order appears to end the matter for Plaintiff RLI on all issues even as the case proceeds against other defendants based on other contracts separate from RLI's, but RLI remains a party under FRCP 54(b); and

WHEREAS, the parties agree there is no just reason to delay entry of judgment against RLI as described by FRCP 54(b); and

WHEREAS, the ends of justice and judicial economy are best served by granting judgment entered under Rule 54(b) at this time; and

WHEREAS, the parties recognize final judgment under FRCP 54(b) is at the trial court's sound discretion; and

WHEREAS, legal counsel for all parties agree to entry of judgment.

# STIPULATION

IT IS HEREBY STIPULATED by and between the parties to this through their attorneys of record that all parties agree to entry of judgment under FRCP Rule 54(b) as to the Court's Memorandum and Decision and Order Granting Plaintiff's Motion for Judgment on the Pleadings.

Dated: April 9, 2018          BERKES CRANE ROBINSON & SEAL LLP

By_____/s/ Steven M. Crane_____
STEVEN M. CRANE
Attorney for Plaintiff/Counter-Defendant
RLI INSURANCE COMPANY

///

| | | |
|---|---|---|
| Dated: April 9, 2018 | | HERR PEDERSEN & BERGLUND LLP |

By_____/s/ Leonard C. Herr_____
    LEONARD C. HERR
    Attorney for Defendant/
    Counter-Claimant,
    CITY OF VISALIA

Dated: April 9, 2018        SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC

By_____/s/Randy M. Marmor_____
    RANDY M. MARMOR
    Attorney for Counter-Defendant,
    ZURICH AMERICAN INSURANCE COMPANY

Dated: April 9, 2018        GORDON REES SCULLY MANSUKHANI, LLP

By_____/s/Christopher R. Wagner_____
    CHRISTOPHER R. WAGNER
    Attorney for Counter-Defendant,
    THE RIVERSTONE GROUP

**ORDER & JUDGMENT**

The record in this case reveals that the March 19, 2018 memorandum decision and order, ECF No. 43, granting RLI's motion for judgment on the pleadings, ECF No. 12, and dismissing the City of Visalia's counterclaim for declaratory relief against RLI, *see* ECF Nos. 9 & 43 at 26, disposed of all claims brought by or against RLI and involved issues that were distinct from any issues remaining in the case. Therefore, allowing entry of separate judgment pursuant to Fed. R. Civ. P. 54(b) in favor of RLI and against the City of Visalia on all claims between them in this case would not be adverse to the interests of judicial economy, as any immediate appeal of the issues decided in the March 19, 2018

Order will not risk any appellate court having to decide the same issues more than once.

Accordingly, based on the above joint stipulation of the Parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the judgment under Rule 54(b) is entered as to the order granting Plaintiff's Motion for Judgment on the Pleadings.

The Clerk of Court is therefore directed terminate <u>only</u> RLI as a party. The case shall remain OPEN.

IT IS SO ORDERED.

Dated: **April 12, 2018**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE