SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
Randolph P. Sinnott, #107301 (rsinnott@spcclaw.com)
550 S. Hope Street, Suite 2350
Los Angeles, CA 90071-2618
Tel: (213) 996-4200; Fax: (213) 892-8322

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
Randy M. Marmor, #074747 (rmarmor@spcclaw.com)
2000 Powell Street, Suite 830
Emeryville, California 94608
Tel: (415) 352-6200; Fax: (415) 352-6224

Attorneys for ZURICH AMERICAN
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VISALIA,<br><br>Defendant. | Case No. 1:17-CV-01205-LJO-EPG<br><br>**STIPULATION AND ORDER MODIFYING SCHEDULING ORDER** |
| CITY OF VISALIA,<br><br>Counterclaimant,<br><br>vs.<br><br>RLI INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY; and THE RIVERSTONE GROUP,<br><br>Cross-Defendants. | |

This Stipulation and proposed Order is made by and between City of Visalia and Zurich American Insurance Company (collectively referred to herein as "the Parties.") Pursuant to the Court's Order of August 14, 2018, lifting the stay in the case entitled *RLI Insurance Company v.*

*City of Visalia,* case number 1:17-cv-01205-LJO-EPG, and ordering that discovery may proceed without further leave from the Court, the Parties met and conferred regarding setting a new schedule for the remainder of this case through trial.

IT IS HEREBY STIPULATED by and between the Parties through their attorneys of record that the Court revise the schedule previously set as follows:

|  | Previous Schedule [DKT. 32] | Revised Schedule |
|---|---|---|
| Non-expert discovery cutoff | September 7, 2018 | January 15, 2019 |
| Expert disclosure | September 28, 2018 | January 22, 2019 |
| Rebuttal expert disclosure | October 29, 2018 | February 12, 2019 |
| Expert discovery cutoff | December 14, 2018 | March 14, 2019 |
| Dispositive motion filing deadline | January 30, 2019 | April 30, 2019 |
| Pretrial Conference | May 30, 2019<br>8:15 a.m.<br>Dept. 4 | July 1, 2019<br>8:15 a.m.<br>Dept. 4 |
| Jury trial | August 6, 2019<br>8:30 a.m.<br>Dept. 4 | August 6, 2019,<br>8:30 a.m.<br>Dept. 4 |

DATED: August 30, 2018　　　　　　　HERR PEDERSEN & BERGLUND LLP

By: 　　*/s/ Leonard C. Herr*
　　　LEONARD C. HERR
　　　Attorneys for Defendant/Counter-Claimant CITY OF VISALIA

2

| | | |
|---|---|---|
| DATED: August 30, 2018 | | SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC |
| | By: | */s/ Randolph P. Sinnott* |
| | | Randolph P. Sinnott |
| | | Attorneys for Counter-Defendant |
| | | ZURICH AMERICAN INSURANCE COMPANY |

**1** <u>**ORDER**</u>

**2** After consulting with Chief District Judge Lawrence J. O'Neill regarding his congested

**3** schedule, and good cause appearing, the Court hereby modifies the Scheduling Conference Order

**4** dated December 11, 2017, (ECF No. 32), as follows:

**5**

| | |
|---|---|
| Non-expert discovery cutoff: | December 14, 2018 |
| Expert disclosure: | December 21, 2018 |
| Rebuttal expert disclosure: | January 23, 2019 |
| Expert discovery cutoff: | February 22, 2019 |
| Dispositive motion filing deadline: | March 25, 2019 |
| Pretrial conference: | June 24, 2019<br>8:15 a.m.<br>Dept. 4 |
| Jury trial: | August 6, 2019<br>8:30 a.m.<br>Dept. 4 |

**17** IT IS SO ORDERED.

**18**

**19** Dated: __**September 4, 2018**__          /s/ *Erica P. Grosjean*
                                  UNITED STATES MAGISTRATE JUDGE

4