# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RLI INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF VISALIA,<br><br>    Defendant, | Case No. 1:17-cv-01205-LJO-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE COUNTER-DEFENDANT THE RIVERSTONE GROUP ON THE DOCKET**<br><br>(ECF No. 63) |
| CITY OF VISALIA,<br><br>    Counter-Claimant,<br><br>v.<br><br>RLI INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY; and THE RIVERSTONE GROUP,<br><br>    Counter-Defendants. | |

On November 1, 2018, Defendant/Counter-Claimant City of Visalia and Counter-Defendant The Riverstone Group filed a stipulation to dismiss with prejudice the claims between them. (ECF No. 63). Thus, the counterclaims between these parties have been dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir.

1

1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995). Accordingly, the Clerk of the Court is DIRECTED to terminate Counter-Defendant The Riverstone Group on the docket.

IT IS SO ORDERED.

Dated: **November 2, 2018**

/s/ *Eric P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

2