# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RLI INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF VISALIA,<br><br>    Defendant, | Case No. 1:17-cv-01205-LJO-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(ECF No. 65) |
| CITY OF VISALIA,<br><br>    Counter-Claimant,<br><br>    v.<br><br>RLI INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY; and THE RIVERSTONE GROUP,<br><br>    Counter-Defendants. | |

On November 13, 2018, Defendant/Counter-Claimant City of Visalia and Counter-Defendant Zurich American Insurance Company filed a stipulation to dismiss with prejudice the claims between them. (ECF No. 65). Thus, the counterclaims between these parties have been dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995). Accordingly, as

1

there are no claims remaining in this action, the Clerk of the Court is DIRECTED to close the case.

IT IS SO ORDERED.

Dated: **November 14, 2018**   /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE