# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RLI INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF VISALIA,<br><br>        Defendant, | Case No. 1:17-cv-01205-LJO-EPG<br><br>**ORDER MODIFYING ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(ECF Nos. 65, 66) |
| CITY OF VISALIA,<br><br>        Counter-Claimant,<br><br>   v.<br><br>RLI INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY; and THE RIVERSTONE GROUP,<br><br>        Counter-Defendants. | |

The Court's order, (ECF No. 66), directing the Clerk of the Court to close the case is modified as follows:

On November 13, 2018, Defendant/Counter-Claimant City of Visalia and Counter-Defendant Zurich American Insurance Company filed a stipulation to dismiss **without prejudice** the claims between them. (ECF No. 65). Thus, the counterclaims between these

parties have been dismissed **without prejudice**. *See* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995). Accordingly, as there are no claims remaining in this action, the Clerk of the Court is DIRECTED to close the case.

IT IS SO ORDERED.

Dated: **November 29, 2018**

/s/ *Elvin P. Gross*
UNITED STATES MAGISTRATE JUDGE