1  Leonard C. Herr, # 081896
   Caren L. Curtiss, #311218
2  HERR PEDERSEN & BERGLUND LLP
   Attorneys at Law
3  100 Willow Plaza, Suite 300
   Visalia, California  93291
4  Telephone:  (559) 636-0200

5  Attorneys for Defendant/Counter-Claimant,
   CITY OF VISALIA

6

7

8              **UNITED STATES DISTRICT COURT**

9      **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

10

11  RLI INSURANCE COMPANY,                    Case No.:  1:17-CV-01205-LJO-EPG

12            Plaintiff,

13      v.                                     **STIPULATION FOR DISMISSAL
                                               [FRCP RULE 41(a)(1)(A)(ii)]**
14  CITY OF VISALIA,

15            Defendant.

16  _____

    CITY OF VISALIA,
17
              Counter-Claimant,
18
        v.
19
    RLI INSURANCE COMPANY; ZURICH
20  AMERICAN INSURANCE COMPANY;
    and THE RIVERSTONE GROUP,
21
              Counter-Defendants.
22

23

24      **IT IS HEREBY STIPULATED** by and between the current parties to this

25  case, Defendant/Counter-Claimant CITY OF VISALIA and Counter-Defendant

26  ZURICH AMERICAN INSURANCE COMPANY by and through their respective

27  attorneys of record, that the above-captioned action between them be dismissed

28  with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

-1-

HERR PEDERSEN
& BERGLUND
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

**STIPULATION FOR DISMISSAL
[FRCP RULE 41(a)(1)(A)(ii)]**

1    The parties request that the Court enter an order forthwith dismissing the

2    entire action with prejudice as to all causes of action as against ZURICH

3    AMERICAN INSURANCE COMPANY.   Each side is to bear their own attorney's

4    fees and costs.

5        **IT IS SO STIPULATED.**

6

7    Dated:  January 10, 2020        HERR PEDERSEN & BERGLUND LLP

8

9                                   By: /s/ Leonard C. Herr
                                        LEONARD C. HERR
10                                       Attorney for Defendant/Counter-Claimant,
                                        CITY OF VISALIA
11

12

13   Dated:  January 10, 2020        SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC

14

15                                  By: /s/ Randolph P. Sinnott
                                        RANDOLPH P. SINNOTT
16                                       Attorney for Counter-Defendant,
                                        ZURICH AMERICAN INSURANCE COMPANY
17

18

19

20

21

22

23

24

25

26

27

28

HERR PEDERSEN
& BERGLUND
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-2-

**STIPULATION FOR DISMISSAL**
**[FRCP RULE 41(a)(1)(A)(ii)]**