Leonard C. Herr, # 081896
HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California  93291
Telephone:  (559) 636-0200

Attorneys for Defendant/Counter-Claimant,
CITY OF VISALIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF VISALIA,<br><br>            Defendant.<br><hr>CITY OF VISALIA,<br><br>            Counter-Claimant,<br><br>    v.<br><br>RLI INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY; and THE RIVERSTONE GROUP,<br><br>            Counter-Defendants. | Case No.: 1:17-CV-01205-LJO-EPG<br><br>**DECLARATION OF LEONARD C. HERR, ESQ. IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE [DOCKET NO. 73]** |

I, Leonard C. Herr, declare as follows:

1. I am duly admitted to practice law before this court and am legal counsel for the City of Visalia in this litigation.  I am an attorney with the law firm of Herr Pedersen & Berglund LLP, attorneys of record for Defendant and Cross-Complainant City of Visalia.  I make the following statements based upon

HERR PEDERSEN
& BERGLUND
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-1-

**DECLARATION OF LEONARD C. HERR, ESQ. IN RESPONSE TO THE
COURT'S ORDER TO SHOW CAUSE [DOCKET NO. 73]**

    my own personal knowledge, and if called upon I could and would competently testify as set forth herein.

2. As such, I was involved in negotiations with Randy Marmor, legal counsel for Zurich Insurance in this case. (Mr. Randolph P. Sinnott took over the representation of Zurich in this case from Randy Marmor.)

3. On or about November 13, 2018, Mr. Marmor and I reached an agreement on behalf of our respective clients to dismiss this litigation without prejudice. That resulted in our filing a stipulation and order reflecting our agreement. (Doc. No. 65.)

4. After the case was dismissed, Mr. Sinnott continued discussions with me, which resulted in an agreement resolving all pending claims between our respective clients. That deal is done.

5. On January 8, 2020, Mr. Sinnott contacted me about the dismissal of this case.  For a variety of reasons, e.g. old age, press of business I did not recall that Mr. Marmor and I had previously dismissed this case and proceeded to prepare a stipulation and order dismissing this case. That is my fault.

6. I am unaware of any reason in law or equity, why the Court possesses jurisdiction to address the January 10, 2020 stipulation.

7. I apologize to the court and its staff for the unnecessary time and effort it was required to expend because of my mistake.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 14, 2020 at Visalia, California.

                                    By: /s/ Leonard C. Herr
                                            Leonard C. Herr

HERR PEDERSEN & BERGLUND
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

**DECLARATION OF LEONARD C. HERR, ESQ. IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE [DOCKET NO. 73]**